NTN BEARING CORP. OF AMERICA, NTN CORPORATION, AMERICAN NTN BEARING MFG. CORP., NTN DRIVESHAFT, INC., AND NTN-BOWER CORP., PLAINTIFFS AND DEFENDANT-INTERVENORS *v.* UNITED STATES, DEFENDANT, AND KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., NSK LTD., AND NSK CORP., DEFENDANT-INTERVENORS, AND TORRINGTON CO., DEFENDANT-INTERVENOR AND PLAINTIFF

Consolodated Court No. 97–01–00092

(Dated January 18, 2000)

## JUDGMENT

TSOUCALAS, Senior *Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* ("Remand Results"), *NTN Bearing Corp. of America v. United States*, 23 CIT 486 Slip Op. 99–71 (July 29, 1999), *modified by NTN Bearing Corp. of America v. United States*, 23 CIT 800, Slip Op. 99–113 (Oct. 22, 1999), and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on November 26, 1999, are affirmed in their entirety; and it is further

ORDERED that since all other issues having been previously decided, this case is dismissed.